```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 14-05151-RNO
David Mantz                                                     Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-4          User: AutoDocke          Page 1 of 1          Date Rcvd: Jul 16, 2020
                              Form ID: fnldec          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
db           +David Mantz,   181 Union Street,   Sunbury, PA 17801-2537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
              Ashlee Crane Fogle    on behalf of Creditor    U.S. Bank Trust National Association, as trustee for
               CVF III Mortgage Loan Trust II afogle@rascrane.com
              Celine P DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Bayview Loan Servicing LLC ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, as trustee for
               CVF III Mortgage Loan Trust II bkgroup@kmllawgroup.com
              Lisa Cancanon    on behalf of Creditor    Bayview Loan Servicing LLC lisac@w-legal.com
              Marisa Myers Cohen    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@ecf.courtdrive.com
              Paul W McElrath, Jr.    on behalf of Debtor 1 David Mantz ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Raymond M Kempinski    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David Mantz,                                          Chapter         13

**Debtor 1**
                                                      Case No.        4:14−bk−05151−RNO

Social Security No.:
                        xxx−xx−9549

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 16, 2020                           By the Court,

                                               Honorable Robert N. Opel, II
                                               United States Bankruptcy Judge
                                               By: RyanEshelman, Deputy Clerk

**fnldec** (05/18)